*E-filed on* __8/16/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYSTAL DECISIONS, INC., et al.,<br><br>    Defendants. | No. C-03-04578 RMW<br><br>ORDER TO SHOW CAUSE |

On July 27, 2004, this court stayed this action pending resolution of the appeal currently submitted to the English court. Except for a motion by plaintiffs' counsel to withdraw, which this court granted on May 5, 2005, and a notice of change of address for Mani Subramanian, it does not appear that any further activity has taken place in this action. As three years have elapsed since any substantive action has taken place in this case, therefore,

IT IS HEREBY ORDERED that plaintiffs appear on September 14, 2007 at 9:00 a.m. in courtroom 6 of this court and show cause why this case should not be dismissed for failure to diligently prosecute the case. Additionally, plaintiffs must file a written response by September 7, 2007 addressing the current status of the case and setting forth why the case should not be dismissed.

ORDER TO SHOW CAUSE—No. C-03-04578 RMW
MAG

1   If plaintiffs fail comply with this order or fail to show good reason for any failure to appear
2   or diligently prosecute, the case will be dismissed.

5   DATED:   8/16/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this order was mailed on**      8/16/07      **to:**

**Plaintiff:**

Mani Subramanian
c/o Robert L. Oca
P. O. Box 12231
San Francisco, CA 94112

**Counsel for Defendant:**

Stephen J Kottmeier
Hopkins & Carley
70 S. First Street
San Jose, CA 95113
Email: sjk@hopkinscarley.com

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.