UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E-Filed 1/8/08

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN, <br><br> Plaintiffs, <br><br> v. <br><br> CRYSTAL DECISIONS INC., et al.,. <br><br> Defendants. | No. C 03-04578-RMW <br><br> ORDER |

On August 16, 2007 this court issued a show cause notice requiring plaintiffs to respond in writing by September 07, 2007 and appear in Court on September 14, 2007 to address the current status of the case, Doc 80. On September 7, 2007, this court extended those dates to January 04, 2008 and January 11, 2008 respectively.

On December 28, 2007, plaintiff applied for a further continuance of the above dates for response or a withdrawal of the show cause notice in lieu of further periodic status reports from plaintiffs.

Having read the submissions by the parties,

ORDER GRANTING PLAINTIFF'S
MOTION FOR FURTHER CONTINUANCE
– No. C-03-04578 RMW

- 1 -

**GOOD CAUSE HAVING BEEN SHOWN,** this Court **GRANTS** the motion.

The date for responding to the show cause notice shall be continued to April 04, 2008 and the date for the hearing on the show cause notice shall be continued to April 11, 2008.

**IT IS SO ORDERED**

DATED: 1/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

| ORDER GRANTING PLAINTIFF'S
MOTION FOR FURTHER CONTINUANCE
– No. C-03-04578 RMW

- 2 -