MANI SUBRAMANIAN
c/o Robert L. Oca
P. O. Box 12231, San Francisco
CA 94112

Telephone: (206) 222-2341
Facsimile:  (206) 222-2341

*E-FILED - 4/10/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| VEDATECH K.K., et al. | Case No.:  C-03-04578 RMW / RS |
| Plaintiffs, | Civil L-R 7-12 |
| vs. | STIPULATION and |
| CRYSTAL DECISIONS, INC., et al. | ORDER |
| Defendants. | REGARDING *THE COURT'S ORDER* at *DOC 91 which modified the Court's prior Order at DOC 86* and which in turn modified the dates for responding to the Court's prior Show Cause Notice *at DOC 80* |
| | Judge:    Hon. Ronald M. Whyte<br>Court:    Room 6, 4th Floor |

Cover Page

**Stipulation regarding show cause notice**                                                  C-03-04578 RMW

## I. FURTHER CONTINUATION REQUEST

The current date for a response from plaintiff to the original show cause notice, [see Doc 80,] is April 04, 2008, and a hearing is currently scheduled for April 11, 2008, see Order dated January 8, 2008, at Doc 91. That prior order in turn modified a previous extension granted on September 7, 2007, Doc 86.

The parties' meet and confer efforts have resulted in the following stipulation, and the Court is hereby respectfully requested to further continue the dates so that the new date for plaintiff to file a response to the show cause notice is July 11, 2008, and the new hearing date on the show cause notice is July 18, 2008.

## II. REASONS FOR REQUEST

### A. Prior status of the English proceedings in September 2007

Plaintiff's view of the status of the English Proceedings as of September 2007 was summarized briefly in plaintiff's prior filings at Docs 81, 85, 87 and 90. Defendants have summarized their views in their filed submissions at Docs 83, 84, and 89.

### B. Current status of the English proceedings as of March 27, 2008

The hearings that were originally scheduled for January 30, 2008 as part of the appeal process in the English proceedings have been re-scheduled for April 17, 2008. The outcome of the upcoming hearing is uncertain. Further hearings may ensue, or the matter may be

//

//

//

//

**STIPULATION regarding show cause notice**      C-03-04578 RMW

decided at the upcoming hearing itself or the hearings themselves may get continued.

Accordingly, the parties, by stipulation respectfully request the Court grant the continuation set out above.

**IT IS SO STIPULATED and**

**Respectfully submitted**

**Dated: March 28, 2008**         MANI SUBRAMANIAN

                                  By _____//s//_____
                                     **Mani Subramanian**

**Dated: March 28, 2008**         **HOPKINS & CARLEY**
                                  **A Law Corporation**

                                  By _____//s//_____
                                     **Stephen J. Kottmeir**
                                     Attorneys for Defendants
                                     CRYSTAL DECISIONS, INC., CRYSTAL DECISIONS (UK) LIMITED, SUSAN J. WOLFE, BUSINESS OBJECTS S.A.  and BUSINESS OBJECTS AMERICAS

*Next Page:*  ORDER

Page  2 of 2

**STIPULATION regarding show cause notice**                              C-03-04578 RMW

**ORDER**

The show cause notice shall be vacated. The date for responding to the show cause notice shall be continued to July 11, 2008 and the date for the hearing on the show cause notice shall be continued to July 18, 2008.

**PURUSANT TO STIPULATION, IT IS SO ORDERED**

DATED: 4/10/08            *Ronald M. Whyte*
                          RONALD M. WHYTE
                          United States District Judge

ORDER upon stipulation of the parties

**C-03-04578 RMW**