*E-filed on* 7/25/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYSTAL DECISIONS, INC., et al.,<br><br>    Defendants. | No. C-03-04578 RMW<br><br>*CORRECTED*[1] ORDER ADOPTING PRIOR ORDER LIFTING STAY |

Following a hearing on the matter held on July 18, 2008 at which both plaintiff Mani Subramanian and defendants appeared, the court adopts as final its order tentatively lifting its stay of this action. As set forth in that order and in light of recent filings, Crystal will be permitted to rebrief its motion to dismiss. The opening brief for Crystal's motion to dismiss is due on or before August 15, 2008, plaintiffs' opposition is due on or before September 12, 2008 and Crystal's reply is due on or before September 9, 2008. The motion will be heard on October 3, 2008 at 9:00 a.m.

DATED:       7/25/08

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

---

[1] Corrected to reflect the updated hearing and briefing dates on Crystal's motion to dismiss set by the court at the July 18, 2008 hearing.

ORDER ADOPTING PRIOR ORDER LIFTING STAY—No. C-03-04578 RMW
MAG

1 **Notice of this document has been electronically sent to:**

2 **Plaintiff:**

3 Mani Subramanian          prosedefendant@yahoo.com

4 **Counsel for Defendants:**

5 Stephen J Kottmeier        sjk@hopkinscarley.com
Tod C. Gurney              tgurney@hopkinscarley.com

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     7/25/08                              /s/ MAG
                                                **Chambers of Judge Whyte**