1  Stephen J. Kottmeier, Esq. (State Bar No. 077060)
   Tracy E. Loftesness (State Bar No. 196988)
2  HOPKINS & CARLEY
   A Law Corporation
3  The Letitia Building
   70 S. First Street
4  San Jose, CA  95113-2406

5  *mailing address:*
   P.O. Box 1469                              *E-FILED - 8/14/08*
6  San Jose, CA 95109-1469
   Telephone:      (408) 286-9800
7  Facsimile:      (408) 998-4790

8  Attorneys for Defendants
   CRYSTAL DECISIONS, INC.,
9  a Delaware Corporation
   CRYSTAL DECISIONS (UK) LIMITED,
10 a Corporation registered in the United Kingdom
   and in Delaware; SUSAN J. WOLFE, an Individual;
11 BUSINESS OBJECTS S.A., a French Corporation;
   and BUSINESS OBJECTS AMERICAS, a
12 Delaware Corporation

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17 VEDATECH KK., a Japanese Corporation,      CASE NO.  C03 04578 RMW  (RS)
   and MANI SUBRAMANIAN, an
18 Individual,                                **STIPULATION TO CHANGE HEARING
                                              DATE AND BRIEFING SCHEDULE FOR
19              Plaintiffs,                    HEARING ON MOTION TO DISMISS
                                              AND [] ORDER**
20 v.

21 CRYSTAL DECISIONS, INC., a Delaware
   Corporation; and CRYSTAL DECISIONS
22 (UK) LIMITED, a Delaware Corporation;
   and CRYSTAL DECISIONS (UK)
23 LIMITED, a United Kingdom Company;
   and SUSAN J. WOLFE, an Individual; and
24 BUSINESS OBJECTS S.A., a French
   Corporation; and BUSINESS OBJECTS
25 AMERICAS, a Delaware Corporation; and
   DOES 1 through 50,
26
                Defendants.
27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

114\597966.1

STIPULATION TO CHANGE HEARING DATE & BRIEFING SCHEDULE FOR HEARING ON MOTION TO DISMISS AND []
ORDER, CASE NO.  C03 04578 RMW ( RS)

1    Pursuant to Federal Rule of Civil Procedure ("FRCP") 26 and Northern District Civil

2 Local Rules 6-1(a), 7-11 and 16-2(e), plaintiffs VEDATECH KK and MANI SUBRAMANIAN

3 (collectively "Plaintiffs") and defendants CRYSTAL DECISIONS, INC., CRYSTAL

4 DECISIONS (UK) LIMITED, CRYSTAL DECISIONS (UK) LIMITED, SUSAN J. WOLFE,

5 BUSINESS OBJECTS S.A., and BUSINESS OBJECTS AMERICAS (collectively

6 "Defendants"), by and through their respective counsel or pro se, hereby stipulate as follows:

7    1.    Defendants requested that Mr. Subramanian stipulate to a two court day extension

8 of their time to file their moving papers in this matter to deal with a logistical problem of

9 finalizing a declaration from a declarant in England who is abroad this week and will not be

10 returning to his office until Monday, August 18, 2008.

11    2.    Mr. Subramanian responded by proposing that all of the dates, including the

12 hearing date (currently scheduled for Friday, October 3, 2008, at 9:00 a.m.), be changed to the

13 following:

14
|  |  |
|---|---|
| Opening papers due: | August 22, 2008 |
| Opposition due: | September 26, 1008 |
| Reply due: | October 10, 2008 |
| Hearing Date: | October 31, 2008, 9:00 a.m. |

17    3.    Mr. Subramanian stated that these changes were appropriate because he believes

18 that he needs at least 5 weeks from any motions that defendants file to properly prepare an

19 opposition.

20    4.    Defendants are prepared to agree to Mr. Subramanian's proposed schedule, subject

21 to approval by the Court.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Hopkins & Carley
Attorneys At Law
San Jose

114\597966.1

1

STIPULATION TO CHANGE HEARING DATE & BRIEFING SCHEDULE FOR HEARING ON MOTION TO DISMISS AND [] ORDER, CASE NO. C03 04578 RMW ( RS )

1    5.    Accordingly, the parties hereto stipulate that the Court may enter its order

2  changing the filing and hearing schedule to the dates set forth above.

3  Dated:  August 12, 2008                    HOPKINS & CARLEY
                                              A Law Corporation
4

5
                                             By:_____/s/_____
6                                               Stephen J. Kottmeier
                                                Attorneys for Defendants
7                                               CRYSTAL DECISIONS, INC.,
                                                CRYSTAL DECISIONS (UK) LIMITED,
8                                               SUSAN J. WOLFE, BUSINESS
                                                OBJECTS S.A., and BUSINES OBJECTS
9                                               AMERICAS

10                                            MANI SUBRAMANIAN (pro per)
   Dated:  August 12, 2008
11

12                                            By:_____/s/_____
                                                Mani Subramanian
13

14

15                            **ORDER**

16        The parties having stipulated to continue the hearing on defendants motion to dismiss

17  scheduled for hearing on October 3, 2008 to October 31, 2008 at 9:00 a.m., with moving papers

18  due on August 22, 2008, opposition due on September 26, 2008, and reply due on October 10,

19  2008.

20        PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22  Dated:  _ 8/14/08 _____              _Ronald M. Whyte_____
                                            U.S. DISTRICT COURT JUDGE
23

24

25

26

27

28

Hopkins & Carley
Attorneys At Law
San Jose

114\597966.1                              2

STIPULATION TO CHANGE HEARING DATE & BRIEFING SCHEDULE FOR HEARING ON MOTION TO DISMISS AND []
ORDER, CASE NO.  C03 04578 RMW ( RS)