*E-filed on* 10/04/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYSTAL DECISIONS, INC., et al.,<br><br>    Defendants. | No. C-03-04578 RMW<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

On September 29, 2008, plaintiff Mani Subramanian moved to continue the case schedule for two weeks to allow him to file a response to defendants pending motion to dismiss. The court grants plaintiff's motion for extension of time. The hearing for defendants' Motion to Dismiss is continued to November 14, 2008. The hearings for plaintiffs Motion to Strike (Docket Nos. 123, 127, and 127-2) Motion to Amend Pleadings (Docket No. 124), and Motion for Preliminary/Permanent Injunction (Docket No. 125) are also continued to November 14, 2008. Filings of oppositions and replies for those motions are due in accordance with Local Rule 7.

ORDER GRANTING MOTION FOR EXTENSION OF TIME—No. C-03-04578 RMW
JAS

1   The court will grant plaintiff no further extensions for the above motions. The court reminds
2  plaintiff of the filing page limits imposed by Local Rule 7-2.

5  DATED:    10/02/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

1 **Notice of this document has been electronically sent to:**

2 **Plaintiff:**

3 Mani Subramanian
c/o Robert L. Oca
4 P. O. Box 12231
San Francisco, CA 94112

5 **Counsel for Defendant:**

6

7 Stephen J Kottmeier
Hopkins & Carley
70 S. First Street
8 San Jose, CA 95113
Email: sjk@hopkinscarley.com

9

10

11 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

12

13 **Dated:**    10/04/08                          /s/ JAS
                                              **Chambers of Judge Whyte**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR EXTENSION OF TIME—No. C-03-04578 RMW
JAS                                          3