*E-filed on* 10/22/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>CRYSTAL DECISIONS, INC., et al.,<br><br>  Defendants. | No. C-03-04578 RMW<br><br>ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND OTHER REQUESTED RELIEF |

   On October 7, 2008, plaintiff Mani Subramanian filed an administrative motion to exceed page limits and other relief. The court denies plaintiff's request to exceed the page limits imposed by the local rules. Plaintiff's opposition papers must not exceed 25 pages. The content of any accompanying declaration should be limited in accordance with Civil Local Rule 7-5.

   However, because some time has expired since the filing of plaintiff's administrative motion, and because the court's October 4, 2008 order could be ambiguous, the court will allow plaintiff to file opposition papers in the motion to dismiss by October 24, 2008. Further, defendants may file their reply by November 7, 2008.

ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND OTHER REQUESTED RELIEF—No. C-03-04578 RMW
JAS

1   Finally, all motions presently set for hearing on October 31, 2008 (Docket No. 119) and
2   November 14, 2008 (Docket Nos. 115, 123, 127, 127-2, 124, and 125) are hereby submitted on the
3   papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 14, 2008 is
4   vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or
5   would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

8   DATED:    10/22/2008                    *Ronald M Whyte*
                                            RONALD M. WHYTE
9                                           United States District Judge

ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND OTHER REQUESTED RELIEF—No. C-03-04578 RMW
JAS                                          2

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Mani Subramanian
c/o Robert L. Oca
P. O. Box 12231
San Francisco, CA 94112

**Counsel for Defendant:**

Stephen J Kottmeier
Hopkins & Carley
70 S. First Street
San Jose, CA 95113
Email: sjk@hopkinscarley.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    10/22/2008                                           JAS
                                                      **Chambers of Judge Whyte**

ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND OTHER REQUESTED RELIEF—No. C-03-04578 RMW
JAS                                         3