*E-filed on* 04/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYSTAL DECISIONS, INC., et al.,<br><br>    Defendants. | No. C-03-04578 RMW<br><br>JUDGMENT |

On April 28, 2009 the court entered its order dismissing this action. Therefore,

    IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED:    04/28/09

_____
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-03-04578 RMW
JAS

**Notice of this document has been electronically sent to:**

**Plaintiff:**

Mani Subramanian
c/o Robert L. Oca
P. O. Box 12231
San Francisco, CA 94112

**Counsel for Defendant:**

Stephen J Kottmeier              sjk@hopkinscarley.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  04/28/09                                          JAS
                                                              **Chambers of Judge Whyte**

JUDGMENT—No. C-03-04578 RMW
JAS                                          2