*E-filed on* 05/14/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYSTAL DECISIONS, INC., et al.,<br><br>    Defendants. | No. C-03-04578 RMW<br><br>SECOND AMENDED JUDGMENT |

On April 28, 2009, the court entered its order dismissing this action and entered judgment in favor of defendants. On May 8, 2009, the court entered an amended judgment to correct a typographical error. The amended judgment contained the same typographical error, necessitating this further amendment. Therefore,

IT IS HEREBY ordered that plaintiffs shall take nothing by way of their complaint and that judgment be entered in favor of all defendants. For the purpose of any deadline, judgment shall be considered entered as of the date of this order.

DATED:     05/14/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

SECOND AMENDED JUDGMENT—No. C-03-04578 RMW
JAS

1  **Notice of this document has been electronically sent to:**

2  **Plaintiffs:**

3  Mani Subramanian
c/o Robert L. Oca
4  P. O. Box 12231
San Francisco, CA 94112

Gregory Gavin Schwartz				GSchwartz@rohdelaw.com

**Counsel for Defendant:**

Stephen J Kottmeier				sjk@hopkinscarley.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   05/14/09				    JAS
					 **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

SECOND AMENDED JUDGMENT—No. C-03-04578 RMW
JAS                                                                 2