*E-filed on* 09/25/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VEDATECH K.K. and MANI SUBRAMANIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRYSTAL DECISIONS, INC., et al.,<br><br>    Defendants. | No. C-03-04578 RMW<br><br>ORDER DENYING REQUEST FOR ADDITIONAL TIME<br><br>**[Docket Nos. 193, 194]** |

Plaintiffs Mani Subramanian ("Subramanian") requests additional time to file a reply and plaintiff Vedatech, K.K. ("Vedatech") joins in the request. Defendants (collectively "Crystal") oppose the motion. The court denies Subramanian's request for additional time to file a reply. The court will consider the "preliminary reply," filed on September 11, 2009 in accordance with the parties stipulated briefing schedule, as his reply.

The court furthermore concludes that the motion to alter judgment can be resolved without argument. The October 30, 2009 hearing date is hereby vacated and the matter deemed submitted on the papers.

DATED:    09/25/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING REQUEST FOR ADDITIONAL TIME —No. C-03-04578 RMW
JAS

**Notice of this document has been electronically sent to:**

**Plaintifs:**

Mani Subramanian
c/o Robert L. Oca
P. O. Box 12231
San Francisco, CA 94112

Gregory Gavin Schwartz                GSchwartz@rohdelaw.com

**Counsel for Defendant:**

Stephen J Kottmeier                sjk@hopkinscarley.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      09/25/09                      JAS
                                       **Chambers of Judge Whyte**

ORDER DENYING REQUEST FOR ADDITIONAL TIME —No. C-03-04578 RMW
JAS                                2